(7 pages of informal resolution, grievance and supporting form 9's is attached.)

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: Dudley, James, Ro          Facility: LCF

Inmate Number: #0091359          Grievance Serial No.: ?

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections          Date Mailed: 4-12-2022
           714 SW Jackson
           Suite 300
           Topeka, KS  66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) The Warden Don Schnurr should have responded to my grievance as had HSA Deb Laundy respond to my grievance. I turned in my grievance appeal to the Warden on Centurion denying me a root canal and crown treatment soley because of their policy and money on 5-6-2021 and I have still not recieved a response. I want my root canal and crown that the dentist said I need. (See attached 7 pages)

Signature of Inmate: [signed]

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:

[stamp: DOC Facility Management Area  APR 14 2022  RECEIVED]

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

of Response (Item 6b:  Code     01, 02, 08 or 09) _____

Effective May 21, 2014

[EXHIBIT #1]

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Dudley,
_____
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

#0091359
Number

### OFFENDER REQUEST TO STAFF MEMBER

To: Unit Team _____ Date: 3-18-21
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

Step 1 "informal resolution" of the grievance procedure.
On 3-08-21 my tooth was injured by becoming partially knocked out. The dentist said I need a root canal and crown and said that this is the appropriate treatment. I am being denied this treatment. I am grieving this. HCF or whoever has directed the dentist to remove my tooth. I'm not allowing this because it is not the appropriate treatment and it will cause me face structure disfigurement. If HCF is not doing the treatment then I request to be transferred (even temporarily) to El Dorado Correctional Facility or Lansing Correctional Facility to have this treatment done.

Work Assignment: _____   Living Unit Assignment: A020205
Comment: _____   Detail or C.H. Officer: _____

Disposition: _____
_____
_____
_____

To: _____   Date: _____
   (Name & Number)

Disposition: This is not HCF as the clinic is under Contract through ~~Contrious~~ Centurion that made the call.

_____
Employee's Signature

To be returned to offender.

P-0009

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: Dudley, James, R.  MAR 2 9 2021    Number: #0091359
Facility: HCF-Central    Housing Unit: A02-705    Work Detail: N/A

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). (See attached informal resolution.)

Centurion is denying me medical treatment that I am intitled to. They are trying to force me to accept "treatment" that will further injure and disfigure me. I am in constant pain everyday because of Centurion's refusal to treat me appropriately. The treatment I need is a root canal and crown and by Kansas law and federal law I am intitled to this specific treatment do to the circumstances of my medical conditions. I want KDOC to do its duty and ensure that I recieve the medical treatment I am entitled too and force Centurion to refer me to an outside dental provider to receive my root canal and crown.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 3-25-21

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

#8 has a large percentage of crown missing and is fractured to gumline in the back of tooth. It would need more than just a root canal to fix it. It would need extensive crown and bridgework just to place a crown. We will not do custom crown + bridge work to this tooth. My prescription is extraction $#8.

Unit Team Signature [signature]    Date 5-5-21

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature _____    Date _____

**`WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____    Date of Final Answer _____    Date Returned to Inmate _____

Inmate's Signature _____    Date _____    Unit Team Signature _____    Date _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____

Cause of Complaint (Item 5: Code 01-30) _____

Type of Response (Item 6a: Code 01,02,08 or 09) _____

# NOTICE OF INJURY

Date: 3-30-21

TO: Dan Schnurr, Warden of HCF

From: Dudley, James, R., (#0091359)

IN RE: Denied Medical Treatment

Mr. Schnurr Sir,

On 3-8-21 my front right incissor tooth was broken in an altercation between me and another prisoner. I was seen by dentist Dr. Chan on the same day and he made the initial determination that the tooth could possibly be repaired by a crown. He placed a temporary cover over it to allow swelling to go down and for the nerve tissue to heal up enough to were he could work on my tooth.

On 3-15-21 the temporary cover came off and I was seen by dental Dr. Cheney the next day (3-16-21). It was then determined by Dr. Cheney that I needed a root canal and crown as the appropriate treatment for my conditions. He could not remove the tooth without my permission as the removal of my tooth would cause me MORE INJURY in the form of facial structure disfigurement plus a gapped tooth mouth if he did. As a Dentist he is under the Hippocratic Oath just like any other Doctor. The Hippocratic Oath prevents Doctors from pleforming any surgerys that will further injure the patient. The only way doctors will perform surgerys that cause further harm is 1. to prevent death of the patient 2. to prevent further injury from the medical condition that would justify the injury done from the surgery if no other treatment means can be applied to accomplish the same goal, and 3. If the patient consents to the surgery that will cause further injury. In this last scenerio most doctors will

still refuse to perform the injurious surgery and will refer the patient to a doctor who will do it.

I have repeatedly requested a root canal and crown treatment and have kept medical staff informed of the constant pain I am in everyday and night. They have given me Ibuprophen and tylonal and antibiotics but these treatments are inadequate and inappropriate for my medical condition. This is because these treatments just put me at risk for more injurys. I have to take 1200mg of Ibuprophen a day and 975mg of Tylonal a day with the Ibuprophen. This is causing a serious risk of injury to my Kidneys and liver. And all these pain pills and I'm still experiencing a low hot throbbing pain all day and more severe pain when I eat.

The antibiotics are causing me actual injury because I have had diarrea off and on since being on them and have also experienced stomach pain several times and have thrown up twice since taking them. The antibiotics also leave me at risk for a damaged immune system.

I have been informed by multiple medical staff that KDOC policy does not permit root canal and crown treatment. I do not know if this is true or not because this has not been verified by Unit Team and KDOC has still not provided a copy of the contract between Centurion and KDOC to prisoners and the library still has not recieved it either.

If this is true then IT IS UNLAWFULL policy. Under Kansas law all prisoners are intitled to the appropriate treatment as determined by the treating/evaluating doctor. See K.S.A. 75-5210(a),(c); Estelle, 429 U.S. at 106; Ramos v. Lamm, 639 F.2d 559, 575 (10th Cir. 1980), cert. denied 450 U.S.

1041 (1981); Lee v. McManus, 543 F. Supp. 386, 391 (D. Kan. 1982)

The appropriate treatment for my injured tooth has been determined by the dentist to be a "root canal and crown". Therefore I am intitled to this treatment by law.

I am requesting that you approve to have this treatment provided to me by an outside clinic or by Mr. Chaney or Dr. Chan here at the facility, whichever is cheaper for you. I don't care who does it just as long as it gets done.

I'm also requesting that this so called policy of denying root canal and crown treatment either be removed or more narrowly defined to deny root canal and crown treatment in only those cases were it is not likely to cause more harm then good.

I am currently exhausting my administrative remedies on this issue.

You have now been legaly and officialy notified of this issue. It is now up to you to do the right thing or not.

Respectfully,
James R. Dudley
James R. Dudley (#0091359)

— CERTIFICATE OF SERVICE —

I James R. Dudley, (#0091359) hereby certify that a true and correct copy of the foregoing Notice Of Injury was delivered, by HCF internal mail system, and U.S. Postal Service, on the date of _____ to; Dan Schnurr, Warden HCF, Deb Lundry-HSA, HCF, Jeff Zmuda-Secretary of Corrections 714 SW Jackson, Suite 300, Topeka, KS 66603.

Notary Public: [JEFFREY NEAL PETTIJOHN Notary Public - State of Kansas My Appt. Expires 2-19-22]  James R. Dudley (#0091359)

J. Pettijohn 3-30-21

 

**Kansas**
Department of Corrections

P.O. Box 1568
Hutchinson, KS 67504-1568

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

DATE: April 1, 2021

TO: Dudley, James #91359
A2-205

FROM: Dan Schnurr, Warden

SUBJECT: Correspondence – Notice of Injury

Mr. Dudley,

I received your Notice of Injury document and have read it.

Because this deals with your medical care and your disagreement with the course of treatment the healthcare provider Centurion has proposed, you should grieve this matter to the local healthcare provider and then appeal to Topeka if you are not satisfied with the response.

I am unable to provide you with medical care or make decisions regarding your care.

Sincerely,

D. Schnurr
Dan Schnurr, Warden
Hutchinson Correctional Facility

DS:JG:eks

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Dudley,
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

MAR 29 2021

#0091359
Number

**OFFENDER REQUEST TO STAFF MEMBER**

To: Deb Lundry - HSA _____  Date: 3-25-21
 (Name and Title of Officer or Department)
 State completely but briefly the problem on which you desire assistance. (Be specific.)

There are two things you and medical are not saying.
1. Your not saying I'm not entitled to root canal and crown treatment under the circumstances of my particular injury.
2. Your not claiming KDOC/HCF has any part in denying me this root canal and crown treatment.
   What do you have to say about these facts?

Work Assignment: _____  Living Unit Assignment: A2-205
Comment: _____  Detail or C.H. Officer: Pettyjohn

Disposition: _____

To: _____  Date: _____
 (Name & Number)

Disposition: _____

Employee's Signature

To be returned to offender.

P-0009

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

MAR 29 2021

_Dudley_
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

#0091359
Number

**OFFENDER REQUEST TO STAFF MEMBER**

To: Deb Lundry - HSA     Date: 3-25-21
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Who made the desision that Centurion Dentist do not perform root canal and crown treatments, medical experts or Centurion Company administrators? Answer and return this form 9. I have the reciept plus another signed and verified form 9 verifying that I did turn this form 9 in and it was forwarded to you. I know what I am doing I've been doing this for 14 years. Just do the right thing is all I ask.

Work Assignment: _____     Living Unit Assignment: A-2 205
Comment: _____              Detail or C.H. Officer: _Pettran_

Disposition:

To: _____                   Date: _____
(Name & Number)

Disposition: _____

_____                        **To be returned to offender.**
Employee's Signature
P-0009

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

MAR 2 9 2021

Dudley
Last Name Only

#0091359
Number

**KANSAS DEPARTMENT OF CORRECTIONS**

**OFFENDER REQUEST TO STAFF MEMBER**

To: Deb Lundry - HSA          Date: 3-25-21
(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

What are the specific reasons why Centurion does not provide root canal treatment to me and KDOC prisoners? Again, I have verification of this form 9 being forwarded to you. So you did get it. And again all I ask is for you to do the right thing.

Work Assignment: _____ Living Unit Assignment: A1 205
Comment: _____ Detail or C.H. Officer: _____

Disposition: _____

To: _____          Date: _____
(Name & Number)

Disposition: _____

Employee's Signature                To be returned to offender.
'-0009

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Dudley,
Last Name Only

MAR 2 5 2021

**KANSAS DEPARTMENT OF CORRECTIONS**

#0091359
Number

## OFFENDER REQUEST TO STAFF MEMBER

To: Deb Lundry - HSA       Date: 3-23-21
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Centurion is directing Dental to perform surgery on my tooth that WILL FURTHER INJURE ME! Doctors do not perform surgerys that will further injure their patients. Especialy when there is other treatment options that will cure the injury. Both dentist have stated that I NEED a root canal and crown. Both dentist say this is the appropriate and first line of treatment in normal practice. Under Kansas law as a prisoner I am INTITLED to the appropriate treatment as determined by the Doctor/Expert. This would be a root canal and crown in my case. Do I have to file an injuctive suit in court to handle this? Let me know and if yes I will get right to it.

Work Assignment: _____ Living Unit Assignment: A-2-205

Comment: _____ Detail or C.H. Officer: _____

Disposition: _____

To: _____       Date: _____
(Name & Number)

Disposition: _____

Employee's Signature

**To be returned to offender.**

P-0009

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

__Dudley,__
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

#0091359
Number

### OFFENDER REQUEST TO STAFF MEMBER

To: __Casey Silas - Director of Nursing__   Date: __3-18-21__
(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

Both dentist says the Appropriate treatment for my injured tooth is a root canal. I'm asking for a root canal. I'm not going to be disfigured by having my front tooth removed when it does not have to be.
If KDOC has to temporarily transfer me to El Dorado Correctional Facility or Lansing Correctional Facility to do this than there is No Justifiable reason for KDOC not to do so. All I ask is for you people to do the right thing.

Work Assignment: _____   Living Unit Assignment: __A-2-205__
Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

To: __Mr Dudley__   Date: _____
(Name & Number)

Disposition: __Centurion Dental does NOT perform root canal procedures. I will forward this request to Dr Chaney for his information. He may want to see you himself.__

_____
Employee's Signature

To be returned to offender.

P-0009

# Health Services Request Form

AUG 29 '22 PM 10:59

| For Medical Use Only |
| Sólo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): Dudley, James, R.
Date of Request: August 29th, 2022
ID #: 0091359   Date of Birth (Fecha de nacimiento): 8-1-1988
Housing Location (Ubicación de la vivienda): A12, 123
Nature of problem or request (Naturaleza del problema o solicitud): Dental. I am making my final request for my root canal and crown for my front #8 tooth. Are you people going to provide this treatment I am entitled to or not?

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

*James R. Dudley*
Patient Signature (Paciente Firma)

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: W Bull RN     ☐ Routine   ☐ Urgent   ☐ Emergent
Date: 8/29/22     Time: 2200
Date of Face-to-Face Visit:
Other: written response

Response Recommendation (to be completed by Medical Staff only)
Initial       ☐ Nurse   ☐ Doctor   ☒ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment   ☐ Nurse   ☐ Doctor   ☒ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge    ☐ $2.00
Comments: pt refused dental appt for this tx on 03-29-22, pt will be put back on schedule, pt will receive root canal, no crowns done in facility

Cracull DH                                           09-06-2022
Staff Signature                                      Date


centurion

Centurion: REC-013KS
07/01/2020

# Health Services Request Form

|  For Medical Use Only  |  |
| --- | --- |
| Sólo para uso médico | |
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): Dudley, James R.
Date of Request: 3-4-22
ID #: 0091359                Date of Birth (Fecha de nacimiento): 8-1-88
Housing Location (Ubicación de la vivienda): A1 6101
Nature of problem or request (Naturaleza del problema o solicitud): Dental, Do I have a dental appointment scheduled? I need a crown on #3 tooth. If I can get my crown and a little compensation for my troubles I will not sue Centurion. Promise. Thank you. God Bless You.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma): [signed]

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: J. Hernandez LPN    ☐ Routine  ☐ Urgent  ☐ Emergent
Date: 3-7-22            Time: 12:57am
Date of Face-to-Face Visit: ____
Other: written response

Response Recommendation (to be completed by Medical Staff only)
Initial        ☐ Nurse  ☐ Doctor  ☒ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Appointment ☐ Nurse  ☐ Doctor  ☒ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Fee Charge  ☐ $2.00
Comments: we do not do crowns here nor do we do "little compensation" for anybodies troubles, we are 3-4 mos. out right now + you will be scheduled

Staff Signature: [signed]            Date: 03-08-2022

Centurion: REC-013KS
07/01/2020





714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

April 18, 2022

TO:   0091359 Dudley, James  LCF

      Hutchinson Correctional Facility

RE:   Grievance # NA

I am writing to you in response to your grievance report form that we received.

K.A.R. 44-15-102 requires an inmate to file a formal grievance with the principal administrator of the facility before appealing to the Secretary.

The content of your grievance form reflects no evidence that you filed your grievance with the facility principal administrator before pursuing an appeal with the Secretary.

In accordance with K.A.R. 44-15-102 (c) (4), we are forwarding your grievance to the warden of the correctional facility where you are housed. If you have further questions regarding this matter, we suggest that you contact your unit team.

Sincerely,

Darcie Holthaus CMII
Facility Management

cc:    Warden Schnurr
       w/attachments
Image: SOCRESP
       w/attachments