IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JAMES RICHARD DUDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:23-CV-03016-JWL |
| | ) |
| JEFF ZMUDA, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CENTURION OF KANSAS, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1., defendant Centurion of Kansas, LLC, (sued as "Centurion Health Care Provider/K.D.O.C.") discloses as follows:

1. Centurion of Kansas, LLC is a wholly-owned subsidiary of Centurion, LLC.

2. Centurion, LLC is a wholly-owned subsidiary of MHM Services, Inc.

3. MHM Services, Inc. is a wholly-owned subsidiary of Centurion Equity, Inc.

4. Centurion Equity, Inc. is a privately owned corporation. There are no publicly held companies that own more than 10% of the stock of Centurion Equity, Inc.

5. There are no publicly held companies that own more than 10% of the stock of Centurion of Kansas, LLC.

*Respectfully Submitted,*

**NORRIS KEPLINGER
HICKS & WELDER, LLC**

By: <u>/s/ *Bryan Cox*</u>
John Hicks, jh@nkfirm.com, #20474
Bryan Cox, bcox@nkfirm.com, #28429
11551 Ash St., Suite 200
Leawood, KS 66211
(913) 663-2000/ (913) 663-2006 FAX
**Attorneys for Centurion of Kansas, LLC**

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this **27th** day of February, 2023, the foregoing document was filed via the Court's ECF system, which sent notification of such filing to all counsel of record, and a copy was served on the Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

  Plaintiff pro se   James Richard Dudley #91359
            El Dorado Correctional Facility
            P.O. Box 311
            El Dorado, Kansas 67042

                By: */s/ Bryan Cox*
                **Attorney for Centurion of Kansas, LLC**

2

{0277712.DOCX}