B1-252



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@doc.ks.gov
doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

## Grievance Response

| | | |
|---|---|---|
| FACILITY: | El Dorado Correctional Facility | |
| RESIDENT: | Dudley, James #91359 | |
| GRIEVANCE #: | CA22801 | |
| DATE: | 4/12/2023 | |



EXHIBIT #1

**COMPLAINT:**
The concerns regard dental pain and request for root canal and crown.

**FINDINGS OF FACTS BY CLINICAL REVIEWER:**
The Kansas Department of Corrections Medical Health Authorities reviewed the correspondence, site response, and EHR. The resident complains of ongoing tooth pain and issues with tooth #8 and #9 due to trauma. He has requested a root canal and crown for treatment. His dental issues began after a fight with another resident which led him to see a dentist on 3/8/2021. The resident has been seen multiple times by dental since that date and has had tooth extraction recommended to relieve pain, prevent infection, and preserve the resident's oral health. Each time the offender has refused extraction. It appears the offender was incorrectly informed that KDOC performs neither root canal treatment nor crown attachment multiple times. It is KDOC's policy that root canal treatments and crown attachments are performed when medically necessary. There appears to be a disagreement between the resident and the dentist regarding the medical necessity of a root canal in this particular case.

**CONCLUSIONS MADE BY CLINICAL REVIEWER:**
With the injury the offender had, the issue of pain could have likely been resolved with extraction of the #8 tooth when the fracture with exposed pulp was first seen. The same can be said with the pain in the #9 tooth when it presented. He was later offered root canal treatment without instillation of the crown and refused it. If the issue is pain control, prevention of infection and preservation of oral and overall health, early extraction would have likely satisfied that. While it is understandable that a central incisor would be visible to others around him and extractions would be cosmetically undesirable, that is not necessarily a medical issue. According to the chart, it appears the offender has received appropriate recommendations and care.

**ACTION TAKEN:**
No action necessary.

_____
Darcie Holthaus
Secretary of Corrections Designee

CC:    Warden
       Centurion's Regional Medical Director
       Site H.S.A
       Dudley, James #91359
       File

The original response on appeal and all attached documents were mailed by way of United States Mail on _____.

The information provided in the response above concerning the grievant's medical and/or mental health condition and treatment is confidential and private in nature and is not intended for re-disclosure or sharing with third parties. That statement, however, does not apply to exercise of any other administrative remedies provided by the Kansas Department of Corrections, nor to pursuit of other administrative relief connected with medical and/or mental health condition and treatment, such as, for example, application for disability benefits under state or federal law, or to pursuit of litigation concerning the adequacy or propriety of medical and/or mental health care diagnosis and treatment furnished to the grievant.

# EMERGENCY GRIEVANCE

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

*come as me questions about this if you feel there is anything wrong about this grievance.*

### INMATE COMPLAINT

Inmate's Name: Dudley, James, R.  Number: #0091359
Facility: EDCF  Housing Unit: B.1/136  Work Detail: OSR

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

My grievance appeal on the denial of my prescribed root canal and crown to the Warden at HCF was never returned to me. I appealed my grievance to the (SOC) and Darcie Holthaus sent it back to me when I was at LCF. I tried to appeal my grievance to the Warden there and I never got a response back and they would not make copies. Attached is a copy of my original grievance. I am now appealing to the Warden here at EDCF. I am requesting my grievance be processed because I followed the grievance procedure and this is an ongoing violation of my 8th Amendment Right.

Date this report was given to Unit Team for informal resolution (to be completed by inmate): 2/10/2023

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

X See Attached X.

Unit Team Signature: J. Hoefer UTM  Date: 2/24/23

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_✓_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff): 2/24/23 J. Hoefer UTM

Inmate Signature: [signature]  Date: 2/24/23

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received: MAR - 9 2023  Date of Final Answer: MAR 1 3 2023  Date Returned to Inmate: 3-14-2023

Inmate's Signature: _____  Date: _____
Unit Team Signature: [signature]  Date: 3-14-2023

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number: CA22801
Type of Complaint (Item 4: Code 01-75): 02
Cause of Complaint (Item 5: Code 01-30): 07
Type of Response (Item 6a: Code 01,02,08 or 09): 08  CL

RECEIVED MAR 9 2023 WARDEN'S OFFICE

②



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

# Kansas
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

April 18, 2022

TO:   0091359 Dudley, James   LCF

Hutchinson Correctional Facility

RE:   Grievance # NA

I am writing to you in response to your grievance report form that we received.

K.A.R. 44-15-102 requires an inmate to file a formal grievance with the principal administrator of the facility before appealing to the Secretary.

The content of your grievance form reflects no evidence that you filed your grievance with the facility principal administrator before pursuing an appeal with the Secretary.

In accordance with K.A.R. 44-15-102 (c) (4), we are forwarding your grievance to the warden of the correctional facility where you are housed. If you have further questions regarding this matter, we suggest that you contact your unit team.

Sincerely,

Darcie Holthaus CMII
Facility Management

cc:   Warden Schnurr
      w/attachments
Image: SOCRESP
      w/attachments

(7 pages of informal resolution, grievance and supporting form 9's is attached.)

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: Dudley, James, Ro           Facility: LCF

Inmate Number: #0091359           Grievance Serial No.: ?

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO: Kansas Department of Corrections           Date Mailed: 4-12-2022
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) The Warden Dan Schnurr should have responded to my grievance as had HSA Deb Laundry respond to my grievance. I turned in my grievance appeal to the Warden on Centurion denying me a root canal and crown treatment soley because of their policy and money on 5-6-2021 and I have still not recieved a response. I want my root canal and crown that the dentist said I need. (See attached 7 pages)

Signature of Inmate

DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____           Date Sent to Inmate: _____

Finding of Fact:

DOC Facility Management Area

APR 14 2022

RECEIVED

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

For D.O.C. Staff Use Only

Response (Item 6b: Code     01, 02, 08 or 09) _____

Effective May 21, 2014

EXHIBIT #1

(4)

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name: Dudley, James, R.,   MAR 2 9 2021   Number #009/359

Facility: HCF-Central   Housing Unit: Ao2-705   Work Detail: N/A

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). (See attached informal resolution.)

Centurion is denying me medical treatment that I am intitled to. They are trying to force me to accept "treatment" that will further injure and disfigure me. I am in constant pain everyday because of Centurion's refusal to treat me appropriately. The treatment I need is a root canal and crown and by Kansas law and federal law I am intitled to this specific treatment do to the circumstances of my medical conditions. I want KDOC to do its duty and ensure that I recieve the medical treatment I am entitled too and force Centurion to refer me to an outside dental provider to receive my root canal and crown.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 3-25-21

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days).

#8 has a large percentage of crown missing and is fractured to gumline in the back of tooth. It would need more than just a root canal to fix it. It would need extensive crown and bridgework just to place a crown. We will not do custom crown + bridge work to this tooth. My prescription is extraction #8.

Unit Team Signature: [signature]   Date: 5-5-21

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_✓_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ___

[signature] (LOOK ↓)   2/16/2023

Inmate Signature     Date

(FYI: Every crown is "custom." Noone has the same teeth.)

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received ___   Date of Final Answer ___   Date Returned to Inmate ___

Inmate's Signature ___   Date ___   Unit Team Signature ___   Date ___

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number ___

Type of Complaint (Item 4: Code 01-75) ___

Cause of Complaint (Item 5: Code 01-30) ___

Type of Response (Item 6a: Code 01,02,08 or 09) ___

(5)

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_Dudvey,_
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

#0091359
Number

**OFFENDER REQUEST TO STAFF MEMBER**

To: Unit Team _____ Date: 3-18-21

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Step 1 "informal resolution" of the grievance procedure.
On 3-08-21 my tooth was injured by becoming partially knocked out. The dentist said I need a root canal and crown and said that this is the appropriate treatment. I am being denied this treatment. I am grieving this. HCF or whoever has directed the dentist to remove my tooth. I'm not allowing this because it is not the appropriate treatment and it will cause me face structure disfigurement. If HCF is not doing the treatment then I request to be transferred (even temporarily) to El Dorado Correctional Facility or Lansing Correctional Facility to have this treatment done.

Work Assignment: _____  Living Unit Assignment: Ao2o205
Comment: _____  Detail or C.H. Officer: _____

Disposition: _____

To: _____  Date: _____
(Name & Number)

Disposition: This is not HCF as the clinic is under contract through ~~Centurious~~ Centurion that made the call.

Employee's Signature

To be returned to offender.

P-0009

(6)

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Dudley,
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

#0091359
Number

### OFFENDER REQUEST TO STAFF MEMBER

To: Casey Silas - Director of Nursing      Date: 3·18·21
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Both dentist says the Appropriate treatment for my injured tooth is a root canal. I'm asking for a root canal. I'm not going to be disfigured by having my front tooth removed when it does not have to be.
If KDOC has to temporarily transfer me to El Dorado Correctional Facility or Lansing Correctional Facility to do this then there is No Justifiable reason for KDOC not to do so. All I ask is for you people to do the right thing.

Work Assignment: _____   Living Unit Assignment: A·2·205
Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

To: Mr Dudley                                Date: _____
(Name & Number)

Disposition: Centurion Dental does NOT perform root canal procedures. I will forward this request to Dr Chaney for his information. He may want to see you himself.

_____
Employee's Signature

To be returned to offender.

P-0009

# Health Services Request Form

AUG 29 '22 PM 10:59

| For Medical Use Only / Sólo para uso médico |
|---|
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): Dudley, James, R.
Date of Request: August 29th, 2022
ID #: 60 91 359     Date of Birth (Fecha de nacimiento): 8-1-1988
Housing Location (Ubicación de la vivienda): A2, 123
Nature of problem or request (Naturaleza del problema o solicitud): Dental. I am making my final request for my root canal and crown for my front #8 tooth. Are you people going to provide this treatment I am entitled to or not?

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: W Bell RN          ☐ Routine   ☐ Urgent   ☐ Emergent
Date: 8/29/22               Time: 2300
Date of Face-to-Face Visit: _____
Other: written response
Response Recommendation (to be completed by Medical Staff only)
Initial     ☐ Nurse  ☐ Doctor  ☒ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Appointment ☐ Nurse  ☐ Doctor  ☒ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Fee Charge  ☐ $2.00
Comments: pt refused dental appt. for this tx on 03-29-22, pt will be put back on schedule. pt will receive root canal, crowns done in facility.

Crowell DH                          09-06-2022
Staff Signature                      Date

Centurion: REC-013KS
07/01/2020





# Health Services Request Form

MAR 7 '22 AM 12:42

| For Medical Use Only |
| Solo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): Hurley James R.
Date of Request: 3-6-
ID #: 0591359           f Birth (Fecha de nacimiento): 8-1-88
Housing Location (Ubicación de la vivienda): A1(101)
Nature of problem or request (Naturaleza del problema o solicitud): Dental, Do I have a dental appointment scheduled? I need a crown on #3 tooth. If I can get my crown and a little compensation for my troubles I will not sue Centurion. Please. Thank You. And Bless You.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101, et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_[signed]_
Patient Signature (Paciente Firma)

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: J. Hernandez LPN       ☐ Routine   ☐ Urgent   ☐ Emergent
Date: 3-7-22              Time: 12:57 (un)
Date of Face-to-Face Visit: ___
Other: Written response

Response Recommendation (to be completed by Medical Staff only)
Initial        ☐ Nurse   ☐ Doctor   ☒ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment    ☐ Nurse   ☐ Doctor   ☒ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge     ☐ $2.00
Comments: We do not do crowns here nor do we do "little compensation" for anybodies troubles. We are 3-4 mos. out right now & you will be scheduled.

_[signed]_ Krouse DA           03-08-2022
Staff Signature                 Date

Request #231656742

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: James Dudley
Booking Number: 91359
Submitted Date: 02/16/23 08:19
Submitted from Location/Room: 07,AB1136/B
Current Location/Room: 07,AB1136/B
Facility: El Dorado Correctional Facility - (KS DOC)

**Form Info**

Category: Form 9
Form: Unit Team Form 9
Internal Tag: No Tag

**Request Info**

Status: CLOSED by Brian Buchholz
Facility Deadline: 03/02/23 23:59

**Details of Request:**

Emergency grievance

**Details of Request:**

To::
*(Name and Title of Officer or Department)*
Unit Team

Please provide details about your request:
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Emergency Grievance: My #8 tooth was chipped two years ago and I was prescribed a root canal and crown. I was denied treatment because KDOC and/or CENTURION would not pay for it. I started the grievance process at HCF and it got lost or destroyed. My form 9 request about this issue dated the 30th explained this. I have my paper grievance form ready right now with "EMERGENCY GRIEVANCE" written on the top. Can you please come and pick it up so I can get copies and to insure it does not get lost again? Thank you.

Work Assignment:
OSR

Comment:

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/17/23 09:06 | Brian Buchholz | Staff Response | Yes |
| 02/17/23 09:06 | Brian Buchholz | Changed Status | From 'Open' to 'Closed' |
| 02/16/23 08:19 | James Dudley | Submitted New | Emergency grievance |

## Request #228390902

**Profile Photo:** 

**Audit Photo:**
Audit Photo

**Resident Info**

Name: James Dudley
Booking Number: 91359
Submitted Date: 01/30/23 15:47
Submitted from Location/Room: 07,AB1130/B
Current Location/Room: 07,AB1136/B
Facility: El Dorado Correctional Facility - (KS DOC)

**Form Info**

Category: Form 9
Form: Unit Team Form 9
Internal Tag: No Tag

**Request Info**

Status: OPEN
Facility Deadline: 02/13/23 23:59 (-3d)

**Details of Request:**

Grievance issue

**Details of Request:**

To::
*(Name and Title of Officer or Department)*
Warden Tommy Willams

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
I have had a broken tooth since 2021 and dental proscribed a root canal and crown. I was denied root canal and crown and told KDOC would not pay for it and that Centurion did not do root canals. I started the grievance process while at HCF and tried to appeal it to the warden Dan Schnurr. I never received a response while at HCF. I was then transferred to LCF and I appealed my grievance to the SOC and received a response from SOCD Darcie Holthaus claiming that my grievance form was not filled out properly and that it was sent to the LCFwarden for review.I tried to follow up on my grievance while atLCF but I just got ignored and did not receive anything back. Policy was changed thoughand Centurion was allowed to do root canals byKDOC, (orCenturion allowed for root canals). I asked if I would receive the crown after the rootcanal as it it one treatment and was told bydental that there is a blanket policy prohibiting crowns to everyone because KDOCwas not going to pay for it.So I have all of this in writing and copies. note:The reason whythe grievance appeal I provided to the SOCwith myappeal to the SOCdid not havemy check and signature on it is because unit team Pettijohn copied my grievance with his response on it first before he brought me the original with my copies. I had advised him that I would need copieswhen I stopped him on the run to ask on the status of my grievance and he stated he had it and would do copies.Sotheoriginal was signed and checked. How do I proceed sir?

**Work Assignment:**
OSR

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/30/23 15:47 | James Dudley | Submitted New | Grievance issue |

(11)



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

**Date:** February 21, 2023

**To:** Dudley, James #91359 B1-136

**RE:** Emergency Grievance

Your "Emergency grievance" was sent to my office 2/21/23 for a response.
Per 44-15-106 Emergency Procedure, Emergency Grievances shall mean those grievances for which disposition according to the regular time limits would subject the offender to a substantial risk of personal injury, or cause other serious and irreparable harm to the offender.

It is determined that this complaint is **not an emergency.** It is being forwarded to UTM J. Hoepner for response.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: File
    UTM J. Hoepner

(12)



Landon State Office Building
900 SW Jackson, 4th Floor
Topeka, KS 66612

Jeff Zmuda, Secretary of Corrections

Department of Corrections

phone: (785) 296-3317
fax: (785) 296-0014
kdocpub@doc.ks.gov
www.doc.ks.gov

Laura Kelly, Governor

TO: Dudley, James #91359 B1-136

SUBJECT: Grievance

DATE: 2/24/2023

FROM: J. Hoepner
Unit team Manager B Cell House

**FINDINGS OF FACT:** You filed a grievance regarding your appeal to being denied dental treatment while you were housed at HCF. In addition, you report you never received a grievance response from the warden at HCF. You also state that you tried to appeal this to central office, it was returned to you without a response while you were housed at LCF.

**CONCLUSIONS MADE:**
Centurion dental does not have the equipment to be able to perform root canal procedures. Per doctor Cannon here at EDCF, he states that it would require extensive crown and bridge work to fix your tooth. In addition, Doctor Cannon reported that he does not have the proper tools or equipment to complete this treatment. His recommendation was to have said tooth extracted.

**ACTION TAKEN:**
No further action required at this time, as it has been determined that Centurion dental does not have the equipment or tools to complete the oral surgery that would be necessary to fix your tooth #8. If you are sent to an outside provider, that is a decision that will be made by central office and will not be something that can be approved here at the facility level.

J. Hoepner Unit Team Manager

**CC: Resident**



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Tommy Williams, Warden

Date: MAR 1 3 2023

To: Dudley, James #91359 B1-136

Subject: Grievance dated 2/20/23, CA22801

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by UTM J. Hoepner is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTM J. Hoepner

(14)

Kansas Department of Corrections

Dental Exam





**KDOC Adult Facilities**
**Hutchinson - Central**

PATIENT: JAMES R DUDLEY
DATE OF BIRTH: 08/01/1988
DOC#: 91359
DATE: 03/16/2021 06:54 PM
VISIT TYPE: Dental Exam

Previous biennial exam date: 12/13/2019

Patient reported no relevant past medical/surgical history.

## Other Findings:
BP 119/72, O2Sa 97%, Pulse 80, Temp 98.6

## Subjective:
TRIAGE APPPOINTMENT
VITALS:        BP - 128/69        SaO2 - 99/70        temp - 99.1F

"The cap fell off."

## Objective:
Examination tooth #8 revealed the composite resin cover placed at the last visit exfoliated on the one third portion of the remaining clinical crown. Pulpal tissue on the palatal side of #8 was exposed (hanging out of the pulp chamber). Hemorrhage was also observed.

## Plan:

Prophy
Tooth Extraction
Operative
Oral Hygiene Instructions
Post Operative Instructions
Return to clinic as needed

## Treatment:
**ASSESSMENT**
Root canal therapy (RCT) is indicated. KDOC regulations do not provide for RCT treatments.
OPTIONS: 1. re-cover with a composite resin build-up over the exposed pulpal tissue, 2. solicit special permission to send pt to outside DDS for RCT procedure; 3. extraction of tooth #8.

1



# Dental Exam



## KDOC Adult Facilities
### Lansing - Maximum

PATIENT:              JAMES R DUDLEY
DATE OF BIRTH:   DOB: 08/01/1988
DOC#:                    91359
DATE:                   09/12/2022 08:14 AM
VISIT TYPE:          Dental Exam

Previous biennial exam date: 01/05/2022

### Subjective:
im here for my root canal and crown

### Objective:
explain we do not do crowns

### Plan:

### Treatment:
patient refused appt for endo #8 because he could not also get a crown

Created on: 09/12/2022 08:15 AM                           Generated by: Brian Ahern, DDS

---

**Provider: Brian Ahern DDS**
**Document generated by:** Brian Ahern, DDS 09/12/2022 8:15 AM

Name: DUDLEY , JAMES
Number: 91359
D.O.B. DOB: 08/01/1988

1






P.O. Box 1568
Hutchinson, KS 67504-1568

# Kansas
Department of Corrections

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

DATE: April 1, 2021

TO: Dudley, James #91359
A2-205

FROM: Dan Schnurr, Warden

SUBJECT: Correspondence – Notice of Injury

Mr. Dudley,

I received your Notice of Injury document and have read it.

Because this deals with your medical care and your disagreement with the course of treatment the healthcare provider Centurion has proposed, you should grieve this matter to the local healthcare provider and then appeal to Topeka if you are not satisfied with the response.

I am unable to provide you with medical care or make decisions regarding your care.

Sincerely,

Dan Schnurr, Warden
Hutchinson Correctional Facility

DS:JG:eks

