IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,

    **Plaintiff,**

    v.

KANSAS DEPARTMENT OF
CORRECTIONS, et al.,

    **Defendants.**

Case No. 23-cv-3016-HLT

### ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration (Doc. 34) and Memorandum in Support (Doc. 35). Plaintiff asks the Court for relief from the order dated February 16, 2023 (Doc. 13) dismissing three defendants from this action and the order dated May 26, 2023 (Doc. 30) dismissing another defendant. Plaintiff argues that the dismissed defendants should be reinstated because "it is unclear who is personally responsible for the departmental actions complained of by plaintiff;" the former defendants allegedly engaged in misconduct so should be reinstated; the dismissed defendants can be held liable for a policy they allegedly made; and the dismissed defendants can be named as parties for purposes of discovery. He also argues extensively about exhaustion of administrative remedies and the merits of his claim.

Plaintiff titled his motion as "Motion for Relief from Judgment or Order," and he refers to Fed. R. Civ. P. 60. However, there has been no final judgment or order entered in this case. Therefore, Fed. R. Civ. P. 60 is not applicable. *Raytheon Constructors, Inc. v. Asarco Inc.*, 368 F.3d 1214, 1217 (10th Cir. 2003) (Rule 60 only applies to final orders or judgments). The Court looks instead to District of Kansas Local Rule 7.3, which provides as follows:

Except for motions under Fed. R. Civ. P. 59(e) or 60, parties seeking reconsideration of a court order must file a motion within 14 days after the order is served unless the court extends the time. A motion to reconsider must be based on:

    (1) an intervening change in controlling law;
    (2) the availability of new evidence; or
    (3) the need to correct clear error or prevent manifest injustice.

D. Kan. R. 7.3.

Plaintiff's motion was filed on August 1, 2023, and as a result is untimely. Furthermore, the motion is not based on an intervening change in the controlling law, the availability of new evidence, or the need to correct clear error or prevent manifest injustice. As such, Plaintiff's motion is not in compliance with Local Rule 7.3 and is denied.[1]

THE COURT THEREFORE ORDERS that Plaintiff's Motion for Reconsideration (Doc. 34) is **DENIED**.

IT IS SO ORDERED.

Dated: August 11, 2023                /s/ *Holly L. Teeter*
                                          HOLLY L. TEETER
                                          UNITED STATES DISTRICT JUDGE

---

[1] If this matter proceeds and discovery reveals a basis for reinstating any of the previously dismissed defendants, Plaintiff may file a motion seeking leave to amend his complaint at that time.