IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,
Plaintiff,

V.

KANSAS DEPARTMENT OF CORRECTIONS, et al.,
Defendant(s).

Case No. 23-3016-HLT-ADM

## MOTION TO SUPPLEMENT COMPLAINT

COMES NOW the plaintiff James R. Dudley, pro se and hereby request of the court for permission to Amend his original complaint. Plaintiff should be allowed to Amend based on the following facts:

1. Plaintiff is pro se in his litigation and do to this and the fact that he is a prisoner this case has been complex to handle and this is plaintiff's first determined pursuit of a medical/dental suit.

2. Plaintiff has already exhausted his administrative remedies by receiving a final decision by the Secretary of Corrections Designee for the Kansas Department of Corrections.

3. Plaintiff has been and still is being retaliated against by defendants for pursuing this litigation and other lawsuits in this court.

Wherefore plaintiff should be allowed to Amend his complaint.

Dated December 4th, 2023.

s/ [signature]
James R. Dudley (Pro Se)
#009359
Kansas Department of Corrections
El. Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042-0311
Litigant Pro Se.