IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,
Plaintiff,

v.

KANSAS DEPARTMENT OF CORRECTIONS, et al.,
Defendants.

Case No. 23-3016-HLT-ADM

NOTICE TO THE COURTS

COMES NOW the Plaintiff JAMES RICHARD DUDLEY pro se and hereby provides NOTICE TO THE COURT of the following facts:

a) Plaintiff has not received any orders from the court or electronic E-filing notices from the court since last receiving the Courts ORDER staying briefing deadlines. (Doc 49)

b) Plaintiff is now being denied all sick call and mental health services unless he does them in front of all the other prisoners and staff by defendants.

c) Plaintiff has now developed a new abcess on tooth #10 because KDOC defendants refuse to allow plaintiff a root canal and crown for no other reason other then the facts that he is a prisoner and they do not want to pay for it because he is a prisoner.

d) Plaintiff suffers daily harassment by KDOC and Centurion employees in the form of them making every part of his

1 of 2

day into an arguement with petty disputes and childish behaviors and annoyances. (Persistently doing things to plaintiff that they know plaintiff does not like.)

c) Defendants refuse to answer or respond to plaintiff's grievances and property claims for the last 6 months.

Further plaintiff says not.

s/ James R Dudley
James R. Dudley (Pro Se)
Kansas Department of Corrections
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
Litigant PRO SE

2 of 2