IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,
Plaintiff,

v.,

KANSAS DEPARTMENT OF CORRECTIONS, et al,
Defendant(s).

Case No. 5:23-CV-03016-HLT-ADM

## DECLARATION IN SUPPORT OF AMENDED COMPLAINT

COMES NOW the plaintiff JAMES RICHARD DUDLEY, Pro Se, and hereby provides to the Court his DECLARATION IN SUPPORT OF AMENDED COMPLAINT.

JAMES RICHARD DUDLEY states:

1. I am the Plaintiff in this case. I make this declaration in support of my ~~motion for extension~~ Amended Complaint.

2. As set forth in the Amended complaint defendants Kansas Department of Corrections prison officials have refused to allow plaintiff to view Exhibit #15 in this action and seized his priviledged mail from outside dental experts. (See ~~exhibit~~ Attachment A of this Declaration.)

3. As set forth in the Amended complaint defendants Kansas Department of Corrections prison officials are refusing plaintiff his prescribed root canal. (See Attachment B of this Declaration.)

I declare under penalty of perjury that the following is true and correct.

February 1st, 2024    s/ James R Dudley

s/ James R Dudley
James R. Dudley (PRO SE)
#0091359
Kansas Department of Corrections
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
LITIGANT PRO SE