IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JAMES RICHARD DUDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:23-CV-03016-JWL |
| | ) |
| JEFF ZMUDA, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS FOR
## SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

PLEASE TAKE NOTICE that effective January 26, 2024, the address of Simpson, Logback, Lynch, Norris, P.A., counsel for Defendants Centurion of Kansas, LLC and Fed Cannon, is as follows:

> Simpson, Logback, Lynch, Norris, P.A.
> 10851 Mastin St., Suite 1000
> Overland Park, Kansas 66210

All telephone numbers and email addresses will remain the same.

Respectfully Submitted,

SIMPSON, LOGBACK, LYNCH, NORRIS, PA

By: */s/ Lawrence J. Logback*
Lawrence J. Logback, KS #16608
J. Wesley Smith, KS #24935
Kemper A. Bogle, KS #29388
10851 Mastin St., Suite 1000
Overland Park, KS 66210
(913) 342-2500
(913) 342-0603 FAX
llogback@slln.com
wsmith@slln.com
kbogle@slln.com
ATTORNEYS FOR DEFENDANTS
CENTURION OF KANSAS, LLC AND
FRED CANNON

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of February 2024, the foregoing document was filed via the Court's ECF system, which sent notification of such filing to all counsel of record, and a copy was served on the Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

    James Richard Dudley #91359
    El Dorado Correctional Facility
    P.O. Box 311
    El Dorado, Kansas 67042

                                        */s/ Lawrence J. Logback*
                                        Attorney