IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY
Plaintiff's
v.,

KANSAS DEPARTMENT OF CORRECTIONS, et al.,
Defendant(s).

Case No. 5:23-CV-03016-HLT-ADM

MOTION TO DISMISS

COMES NOW the plaintiff James Richard Dudley and moves to DISMISS this action for the following justifications:

1. It is clear to the plaintiff that the federal courts will not grant relief to him against the Kansas Department of Corrections or any other Law Enforcement Agency or officer or any official of the government.

2. It is clear to the plaintiff that he is considered an Enemy of the State/Government by the Government.

3. It is clear to the plaintiff that he is not considered an American citizen at all by the American Government.

4. It is clear to the plaintiff that his Constitutional Rights have been taken from him from White Supremacist as it is the White people of America that has taken his freedom and Rights to control me in Prison.

Therefore this civil action is hereby DISMISSED because it is only an operation designed to keep plaintiff in a state of poverty and oppression.

Note: Plaintiff JAMES RICHARD DUDLEY SSN: ███-██-4950 will be contacting the State Department to officially renounce/terminate his American "citizenship."

FUCK AMERICA.
THE WHITES CAN HAVE AMERICA.

s/ James R. Dudley

February 16th, 2024

James Richard Dudley
Kansas Department of Corrections
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042