**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JAMES RICHARD DUDLEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. 23-3016-HLT-ADM |
| | ) |
| **KANSAS DEPARTMENT OF** | ) |
| **CORRECTIONS,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ENTRY OF APPEARANCE

Assistant Attorney General Matthew L. Shoger hereby enters his appearance as counsel of record for Defendant Jeff Zmuda.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant Zmuda*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

    John Wesley Smith, Kemper Anne Bogle, and Lawrence J. Logback
    Simpson, Logback, Lynch, Norris, P.A.
    10851 Mastin Street, Suite 1000
    Overland Park, KS 66210
    *Attorneys for Defendants Centurion and Cannon*

    Natasha Carter
    Kansas Department of Corrections
    714 SW Jackson, Suite 300
    Topeka, KS 66603
    *Attorney for Kansas Department of Corrections, Interested Party*

    Jon Graves
    Hutchinson Correctional Facility
    P.O. Box 1568
    Hutchinson, KS 67504
    *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

    James Richard Dudley #91359
    El Dorado Correctional Facility
    P.O. Box 311
    El Dorado, KS 67042
    *Plaintiff, pro se*

                                                                */s/ Matthew L. Shoger*_____
                                                                 Matthew L. Shoger
                                                                 Assistant Attorney General