**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JAMES RICHARD DUDLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 23-3016-HLT-ADM |
| ) | |
| **KANSAS DEPARTMENT OF** ) | |
| **CORRECTIONS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

Defendant Jeff Zmuda submits this response, through Assistant Attorney General Matthew L. Shoger, to Plaintiff James Richard Dudley's Motion to Dismiss (Doc. 58). All claims against Zmuda have already been dismissed from this action for failure to state a claim (Doc. 30 at 2-3), so Dudley's motion is moot with regard to claims against Zmuda. What is more, Zmuda's claims have been dismissed *with prejudice*. It would prejudice Defendant Zmuda to swap the existing dismissal *with* prejudice for one *without* prejudice. *Compare* Fed. R. Civ. P. 41(b) (an involuntary dismissal for failure to state a claim ordinarily operates as "an adjudication on the merits") *with* 41(a)(2) (a court order granting a voluntary dismissal is ordinarily "without prejudice"); *see also Semtek Intern. Inc. v. Lockheed Martin Corp.*, 531 U.S. 497, 505-06 (2001) (equating a dismissal "on the merits" under Rule 41(b) with a dismissal "with prejudice"); (Doc. 30 at 3 (not specifying "without prejudice")). Accordingly, Zmuda respectfully requests that Dudley's Motion to Dismiss be denied with regard to claims against him.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

<u>*/s/ Matthew L. Shoger*</u>
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendant Zmuda*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

> John Wesley Smith, Kemper Anne Bogle, and Lawrence J. Logback
> Simpson, Logback, Lynch, Norris, P.A.
> 10851 Mastin Street, Suite 1000
> Overland Park, KS 66210
> *Attorneys for Defendants Centurion and Cannon*

> Natasha Carter
> Kansas Department of Corrections
> 714 SW Jackson, Suite 300
> Topeka, KS 66603
> *Attorney for Kansas Department of Corrections, Interested Party*

> Jon Graves
> Hutchinson Correctional Facility
> P.O. Box 1568
> Hutchinson, KS 67504
> *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

> James Richard Dudley #91359
> El Dorado Correctional Facility
> P.O. Box 311
> El Dorado, KS 67042
> *Plaintiff, pro se*

                                        */s/ Matthew L. Shoger*
                                        Matthew L. Shoger
                                        Assistant Attorney General